

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-24-00370-CV

BENJAMIN KYLE BURBA, APPELLANT

V.

SECRETARY OF HOUSING AND URBAN DEVELOPMENT, APPELLEE

On Appeal from the County Court at Law No. 2
Potter County, Texas
Trial Court No. 112530-2-CV, Honorable Matthew H. Hand, Presiding

January 15, 2025

MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Benjamin Kyle Burba, proceeding pro se, filed a notice of appeal from the trial court's "Notice of Hearing" on a petition for eviction. Though the eviction hearing was scheduled for December 4, 2024, the trial court clerk has informed this Court that no order or judgment has been rendered by the trial court.

Our appellate jurisdiction is limited to final judgments or from interlocutory orders made immediately appealable by statute. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d

191, 195 (Tex. 2001); *Stary v. DeBord*, 967 S.W.2d 352, 352–53 (Tex. 1998) (per curiam). By letter of November 22, 2024, we informed Burba that it appeared we lacked jurisdiction over this appeal. We directed Burba to demonstrate grounds for continuing the appeal by December 2 or we would dismiss the appeal for want of jurisdiction. Burba has not responded to our letter to date.

Because there is no final judgment in this case or appealable order presented for review, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

Per Curiam